■ AGWAY PETROLEUM CORPORATION (HICKSVILLE), Respondent, v STEVEN KRAFT, Appellant. (Appeal No. 2.) [603 NYS2d 784] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.